## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Oliver, Wesley W

Printed: 10/7/08

Case Number: 07 B 16017
Judge: Hollis, Pamela S
Filed: 8/31/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: August 25, 2008
Confirmed: October 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,282.50 |  |
| Secured: |  | 501.22 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 708.32 |
| Trustee Fee: |  | 72.96 |
| Other Funds: |  | 0.00 |
| Totals: | 1,282.50 | 1,282.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,543.00 | 708.32 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 5,124.87 | 501.22 |
| 4. | Monterey Financial Services | Unsecured | 15.98 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 45.86 | 0.00 |
| 6. | American Family Insurance | Unsecured | 916.87 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 161.00 | 0.00 |
| 8. | Medical Collections | Unsecured |  | No Claim Filed |
| 9. | American Collections & Credit | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 9,807.58 | $ 1,209.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.02 |
| 6.5% | 21.94 |
|  | _____ |
|  | $ 72.96 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Oliver, Wesley W

Printed:  10/7/08

Case Number:  07 B 16017

Judge:  Hollis, Pamela S

Filed:  8/31/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

